**Order entered January 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01067-CV

## IN RE BRIAN E. VODICKA, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08135**

# ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

We **DENY AS MOOT** real party in interest's October 17, 2019 contest to

relator's claim of indigence.

/s/     ROBBIE PARTIDA-KIPNESS
JUSTICE